IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RAMOS, | No. 2:24-CV-1890-TLN-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CORSALETTI, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On August 28, 2024, the Court issued findings and recommendations that this action be dismissed for failure to resolve the fee status within the time permitted therefor. <u>See</u> ECF No. 5.  In lieu of objections, Plaintiff filed an application to proceed in forma pauperis on September 12, 2024.  <u>See</u> ECF No. 6.  Because Plaintiff has now complied with the Court's prior order to resolve the fee status for this case by seeking leave to proceed in forma pauperis, the Court will vacate the August 28, 2024, findings and recommendations.  Plaintiff's motion for leave to proceed in forma pauperis will be addressed by separate order.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the findings and recommendations issued on August 28, 2024, ECF No. 5, are vacated.

Dated: September 19, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE